# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| Jesus Ynfante, Shannon Ynfante,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Ocwen Loan Servicing, LLC, a California-Licensed Residential Mortgage Lender And Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., And Countrywide Home Loans, Inc., a California corporation, And BAC Home Loans Servicing, LP., a limited partnership Bank of America Corporation, And DOES 1-X, inclusive,<br><br>　　　　　Defendants. | Case No. 5:12-CV-00776-DMG-SP<br><br>**JUDGMENT** |

1  WHEREAS, on June 27, 2012, the Court granted Defendants' Motion to Dismiss the Complaint of Plaintiffs Jesus Ynfante and Shannon Ynfante. [Doc. No. 13.]  The Court allowed Plaintiffs leave to submit an amended complaint on or before July 12, 2012.  [*Id*.]  Plaintiffs failed to submit an amended complaint within the time allowed by the Court.

**NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims in the Complaint of Plaintiffs Jesus Ynfante and Shannon Ynfante, having been dismissed with prejudice, **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS .**

Dated:   August 6, 2012

_____
DOLLY M. GEE
United States District Judge